UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUENTIN PAUL GARCIA,<br><br>   Plaintiff,<br><br>  v.<br><br>HAP TRUCKING LTD; GURHAM SINGH GILL and DOES 1-25, inclusive,<br><br>   Defendants. | No. 2:24-cv-01948-TLN-CKD<br><br>**ORDER** |
| MICHAELA MANAGO,<br><br>   Plaintiff,<br><br>  v.<br><br>HAP TRUCKING LTD; GURHAM SINGH GILL and DOES 1-25, inclusive,<br><br>   Defendants. | No. 2:24-cv-01496-TLN-CKD |

   This matter is before the Court on Plaintiffs Quentin Paul Garcia and Michaela Manago's (collectively, "Plaintiffs") unopposed Motions to Consolidate two related cases. (No. 2:24-cv-

1

01947-TLN-CKD, ECF No. 20; No. 2:24-cv-01496-TLN-CKD, ECF No. 16.)[1]  The two actions arise out of a single motor vehicle accident.  In both actions, Plaintiffs allege Defendants Hap Trucking Ltd. ("Hap Trucking") and Gurham Singh Gill ("Gill") (collectively, "Defendants") were in some manner responsible for an accident in which, among other things, they failed to operate a tractor trailer in a reasonable manner and failed to train and supervise Gill, which caused him to operate the tractor trailer in a negligent manner.

"The district court, in exercising its broad discretion to order consolidation of actions presenting a common issue of law or fact under [Federal] Rule [of Civil Procedure] 42(a), weighs the saving of time and effort consolidation would produce against any inconvenience, delay, or expense that it would cause." *Huene v. United States*, 743 F.2d 703,704 (9th Cir. 1984).  Having carefully reviewed the parties' submissions, the Court determines that consolidation is appropriate.  Accordingly, the Court hereby GRANTS the motions to consolidate.  (No. 2:24-cv-01947-TLN-CKD, ECF No. 20; No. 2:24-cv-01496-TLN-CKD, ECF No. 16.)

IT IS HEREBY ORDERED that:

1. The following actions are consolidated before this Court for all purposes, including trial and all pretrial matters:

    - *Garcia v. Hap Trucking Ltd. et al.*, No. 2:24-cv-01496-TLN-CKD
    - *Manago v. Hap Trucking Ltd. et al.*, No. 2:24-cv-01948-TLN-CKD

2. Plaintiffs shall have seven (7) days from the electronic filing date of this Order to file a consolidated complaint.  The consolidated complaint and any future filings shall be solely made on the docket for No. 2:24-cv-01496-TLN-CKD.  Going forward, no filings should be made under No. 2:24-cv-01948-TLN-CKD.  The Clerk of Court is directed to close Case No. 2:24-cv-01948-TLN-CKD.

///
///
///

---

[1] The instant motion has been docketed in each of the related cases.

3.     Defendants shall have forty-five (45) days after service of the consolidated complaint to file an answer.

IT IS SO ORDERED.

DATED: March 28, 2025

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE

3